DEILY, MOONEY & GLASTETTER, LLP
8 Thurlow Terrace
Albany, New York  12203
(518) 436-0344
Martin A. Mooney, Esq. (MM 8333)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:      Case No. 09-22752-RDD
        (Chapter 7)
    GEORGE RUSSELL,

        Debtor.

## CERTIFICATE OF SERVICE

    I, Renee C. Scargle, certify that I am not less than eighteen (18) years of age; that I served a copy of the Order dated July 1, 2009 on August 13, 2009.

**Mail Service:** Regular, first-class United States mail, postage full pre-paid, addressed to:

| | |
|---|---|
| George Russell (Debtor)<br>PO Box 34<br>Garnerville, New York  10923 | Laura A. Russell (Party in Interest)<br>2320 Hardscrabble Road<br>PO Box 567<br>Mineral Bluff, Georgia  30559 |

**E-Mail Service:** via e-mail notification to the following:

| | |
|---|---|
| Mark S. Tulis, Esq. (Trustee)<br>120 Bloomingdale Road<br>White Plains, New York  10605 | Linda M. Tirelli, Esq.<br>Attorney for Debtor<br>Westchester Legal Credit Solutions Inc.<br>202 Mamroneck Avenue<br>3rd Floor<br>White Plains, New York  10601 |

               /s/ Renee C. Scargle
               Renee C. Scargle

B-FORD.09.03493